ORIGINAL

MARK D. BERNSTEIN, A LAW CORPORATION
MARK D. BERNSTEIN    #2642
Attorney at Law
63 Merchant Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 537-3327

Attorney for Plaintiff
Dick Chen

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DICK CHEN,<br><br>            Plaintiff,<br><br>vs.<br><br>SUSIE TAMASHIRO, MICHAEL TAMASHIRO, DOES 1-20 inclusive,<br><br>            Defendants. | CIVIL NO. CV02 00544 **ACK KSC**<br><br>RELEASE OF PLAINTIFF'S NOTICE OF PENDENCY OF ACTION |

### RELEASE OF PLAINTIFF'S NOTICE OF PENDENCY OF ACTION

Plaintiff DICK CHEN, by his undersigned attorney, does hereby release and discharge the Notice of Pendency of Action filed herein on August 26, 2002, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-151301, and also filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 2835215, and noted on the following Transfer Certificates of Title:

    1.    TCT NO. 679,321
    2.    TCT NO. 679,323

DATED:   Honolulu, Hawaii, this 24TH day of April, 2007.

*[signature]*

MARK D. BERNSTEIN, A Law Corporation
By: MARK D. BERNSTEIN,
   Attorney for Plaintiff

Civil No. CV02 00544; Dick Chen, Plaintiff, vs Susie Tamashiro, Michael Tamashiro, Does 1-20 inclusive, Defendants; Release of Plaintiff's Notice of Pendency of Action.